Michael Collins, Esq.
Arizona State Bar No.: 033705
**LAW OFFICES OF**
**GIL NEGRETE, P.C.**
1001 North Central Avenue, Suite 660
Phoenix, Arizona 85004
Phone: (602) 495-1005
Fax: (602) 253-4709
E-mail: michael@negretelawfirm.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MATHEW RUIZ, Individually, | Case No.: |
| Plaintiff, | |
| v. | **SUMMONS** |
| UNTIED STATES OF AMERICA; JEREMY KISER, Officer of the Department of Homeland Security/Immigration and Customs Enforcement, | |
| Defendants. | |

THE UNITED STATES DISTRICT COURT OF ARIZONA TO THE DEFENDANT:

UNITED STATES OF AMERICA
**c/o Elizabeth Strange**
U.S. Attorney for the District of Arizona
522 N. Central Avenue
Phoenix, AZ 85004

    YOU ARE HEREBY SUMMONED and required to appear and defend within the time applicable, in this action in this Court. Pursuant to the Federal Rules of Civil Procedure (FRCP) 12 (a)(2), you shall serve an answer or motion, under Rule 12 of the FRCP, within 60 days after the service of the Summons and Complaint upon you, exclusive of the date of service. The answer or motion must be served on the Plaintiff or Plaintiff's attorney.

1

YOU ARE HEREBY NOTIFIED that in the case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

**Requests for reasonable accommodation for persons with disabilities must be made to the Court by parties at least three (3) judicial days in advance of a scheduled court proceeding.**

The name and address of attorney for Plaintiff(s) is shown above.

SIGNED AND SEALED this ____ day of _____, 2018.

Clerk of the Arizona District Court

By_____

Clerk/Deputy Clerk